

ALLANA L. NASON
Associate

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4583 Fax: (973) 639-6389
anason@gibbonslaw.com

December 28, 2012

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
King Fed. Bldg. & United States Courthouse
50 Walnut St., P.O. Box 999
Newark, New Jersey 07101-0999

Re: **Montvale Surgical Center, LLC v. Connecticut General Life Insurance Company, et al. Civil Action No. 12-05257 (SRC)(CLW)**

Your Honor:

    This firm represents Defendants Connecticut General Life Insurance Company and CIGNA Healthcare of New Jersey (collectively, "Defendants"), in the above-referenced action. I have attached a joint application for a Stipulation and Consent Order extending the time for Defendants to Answer or Otherwise Respond to Plaintiff's Amended Complaint until January 25, 2013. The purpose of this additional extension is to continue to facilitate meaningful settlement communications between the parties and to accommodate the ongoing negotiations between the parties given the holiday season. The parties continue to communicate and believe a mutually agreeable settlement is possible. We believe that the extension of additional time would greatly facilitate the process.

    Thank you for Your Honor's time and attention to this matter. Please do not hesitate to have the Court's staff contact me with any questions or if we may be of any service to the Court whatsoever.

    Respectfully,

    *s/Allana L. Nason*
    Allana L. Nason, Esq.

cc: Andrew R. Bronsnick, Esq. (via ECF)