UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o various "PATIENTS", <br><br>Plaintiff, <br><br>vs. <br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY d/b/a CIGNA, CIGNA HEALTHCARE OF NEW JERSEY, INC.; ABC CORPS. (1-10)(said names being fictitious and unknown entities), <br><br>Defendants. | *Document Filed Electronically* <br><br> Civil Action No. 12-05257 (SRC)(CLW) <br><br> **STIPULATION AND CONSENT ORDER TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

This matter having been brought before the Court on the joint application of Defendants Connecticut General Life Insurance Company and CIGNA Healthcare of New Jersey (collectively, "Defendants"), by their counsel, Gibbons P.C., and Plaintiff Montvale Surgical Center, LLC, by its counsel, Massood & Bronsnick, LLC, for the entry of a Stipulation and Consent Order to extend the time to answer, move or otherwise respond as to the Complaint; it being further stipulated that (1) an Answer or other response is due on December 31, 2012; and (2) with this extension, the Answer or other response would be due on January 25, 2013; and good cause appearing for the entry of an Order extending the time within which Defendants may answer, move or otherwise respond as to the Complaint,

IT IS on this __4__ day of ~~December 2012~~ January 2013,

**ORDERED** that the time within which Defendants may answer, move or otherwise respond as to the Complaint be and hereby is extended to January 25, 2013.

#1883635 v1
106782-81630

**STIPULATED AND AGREED TO BY:**

<u>s/*Allana L. Nason, Esq.*</u>  
Allana L. Nason, Esq.  
E. Evans Wohlforth, Jr., Esq.  
GIBBONS P.C.  
One Gateway Center  
Newark, New Jersey 07102-5310  
Tel:  (973) 596-4583  
Fax:  (973) 639-6389  
*Attorneys for Defendants*

Dated: <u>December 28, 2012</u>

<u>s/*Andrew R. Bronsnick*</u>  
Andrew R. Bronsnick, Esq.  
MASSOOD & BRONSNICK, LLC  
50 Packanack Lake Road East  
Wayne, NJ 07470-6663  
Tel:  (973) 696-1900  
Fax:  (973) 696-4212  
*Attorneys for Plaintiff*

Dated: <u>December 28, 2012</u>

SO ORDERED:

_____  
Honorable Cathy L. Waldor  
United States Magistrate Judge