# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
STANLEY R. CHESLER
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
P.O. BOX 999
NEWARK, N.J. 07101-0999
(973) 645-3136

February 7, 2013

Andrew R. Bronsnick, Esq.
Massood & Bronsnick, LLC
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663

      Re:   ***MONTVALE SURGICAL CENTER, LLC v. CONNECTICUT GENERAL LIFE INSURANCE COMPANY et al.***
             **Civil Action No. 12-5257 (SRC)**

Dear Counsel:

No opposition has been received to the following motion pending in this action:

1. MOTION to Dismiss Counts One, Three, Four and Five of the Complaint by CIGNA HEALTHCARE OF NEW JERSEY, INC., CONNECTICUT GENERAL LIFE INSURANCE COMPANY.  (Docket Entry No. 13).

The return date for this motion will be adjourned to **March 4, 2013,** allowing you an extension to submit any opposition.  Your opposition, if any, to this motion is due on **February 19, 2013.**  If you choose not to submit any opposition by that date, the motion will be deemed unopposed and will be disposed of accordingly.

The moving parties are hereby notified of the changed return date and will have until **February 25, 2013** to submit a reply.

The parties are advised that this motion will be decided on the papers, without oral argument, unless the Court notifies otherwise.

Very truly yours,

        s/
STANLEY R. CHESLER
United States District Judge

cc:    Clerk
        All parties