## MASSOOD & BRONSNICK, LLC

JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*

COUNSELLORS AT LAW

KEVIN J. SAVAGE +
BRENDAN H. MORRIS ^
ALLISON T. KURTZ
DANIELLE L. VERGA ^

°Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars
+ NJ, NY, DC and WA Bars

50 PACKANACK LAKE ROAD EAST
Wayne, New Jersey 07470-6663
(973) 696-1900
Fax (973) 696-4211

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

Email: ABRONSNICK@MASSOODLAW.COM

February 15, 2013

**Via ECF**
Honorable Cathy L. Waldor, USMJ
United States District Court
District of New Jersey
King Fed. Bldg & United States Courthouse
P.O. Box 999
Newark, NJ 07101

   Re: Montvale Surgical Center, LLC v. Connecticut General Life
     Insurance Company, et al.
     Docket No.: 2:12-cv-05257-SRC-CLW

Dear Judge Waldor:

  This office represents Plaintiff in the above-referenced matter. There is currently a Motion to Dismiss counts One, Three, Four and Five of the Complaint filed by Defendants returnable before the Honorable Stanley R. Chesler on March 4, 2013.

  With consent of my adversary, Plaintiff respectfully requests that the motions be adjourned to March 18, 2013. We need additional time to file an opposition.

  Please advise if whether Your Honor will permit this adjournment request.

            Respectfully,

            ANDREW BRONSNICK, ESQ.

cc: Allana L. Nason, Esq. (Via ECF)
  Eric E. Wohlforth, Esq. (Via ECF)