# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o various "PATIENTS", <br><br> Plaintiff, <br><br> vs. <br><br> CONNECTICUT GENERAL LIFE INSURANCE COMPANY d/b/a CIGNA, CIGNA HEALTHCARE OF NEW JERSEY, INC.; ABC CORPS. (1-10)(said names being fictitious and unknown entities), <br><br> Defendants. | *Document Filed Electronically* <br><br> Civil Action No. 12-05257 (SRC)(CLW) <br><br> **STIPULATION AND CONSENT ORDER TO EXTEND TIME TO REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND RESPOND TO PLAINTIFF'S CROSS-MOTION TO AMEND THE COMPLAINT** |

This matter having been brought before the Court on the joint application of Defendants Connecticut General Life Insurance Company and CIGNA Healthcare of New Jersey (collectively, "Defendants"), by their counsel, Gibbons P.C., and Plaintiff Montvale Surgical Center, LLC, by its counsel, Massood & Bronsnick, LLC, for the entry of a Stipulation and Consent Order to extend the time for Defendants to reply in further support of their Motion to Dismiss and respond to Plaintiff's Cross-Motion to Amend the Complaint; it being further stipulated that (1) Defendants' Reply and Response are due on March 11, 2013; (2) with this extension, Defendants' Reply and Response would be due on March 25, 2013; and (3) with this extension, the new return date of the motions would be April 1, 2013; and good cause appearing for the entry of an Order extending the time within which Defendants may reply in further support of their Motion to Dismiss and respond to Plaintiff's Cross-Motion to Amend the Complaint,

**IT IS** on this 11th day of March 2013,

**ORDERED** that the time within which Defendants reply in further support of their Motion to Dismiss and response to Plaintiff's Cross-Motion to Amend the Complaint be and hereby is extended to March 25, 2013; and

**IT IS FURTHER ORDERED** that the new return date on both motions is April 1, 2013.

**STIPULATED AND AGREED TO BY:**

s/Allana L. Nason, Esq.
Allana L. Nason, Esq.
E. Evans Wohlforth, Jr., Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4583
Fax: (973) 639-6389
*Attorneys for Defendants*

Dated: March 8, 2013

s/Andrew R. Bronsnick
Andrew R. Bronsnick, Esq.
MASSOOD & BRONSNICK, LLC
50 Packanack Lake Road East
Wayne, NJ 07470-6663
Tel: (973) 696-1900
Fax: (973) 696-4212
*Attorneys for Plaintiff*

Dated: March 8, 2013

SO ORDERED:

_____
Honorable Stanley R. Chesler
United States District Judge

#1883635 v1
106782-81630