E. Evans Wohlforth, Jr., Esq.
Allana L. Nason, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4879
(973) 639-6486
*Attorneys for Defendants Connecticut General Life Insurance Company
and CIGNA Healthcare of New Jersey, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o various "PATIENTS", <br><br> Plaintiff, <br><br> vs. <br><br> CONNECTICUT GENERAL LIFE INSURANCE COMPANY d/b/a CIGNA, CIGNA HEALTHCARE OF NEW JERSEY, INC.; ABC CORPS. (1-10)(said names being fictitious and unknown entities), <br><br> Defendants. | Civil Action No. 12-05257 (SRC)(CLW) <br><br> *Document electronically filed* <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS COUNTS ONE, THREE, FOUR, AND FIVE OF PLAINTIFF'S COMPLAINT** |

PLEASE TAKE NOTICE that Defendants Connecticut General Life Insurance Company and CIGNA Healthcare of New Jersey, Inc. hereby withdraw, their Motion to Dismiss Counts One, Three, Four, and Five of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  This withdrawal is made without prejudice to any of Defendants' rights, privileges, objections and defenses, including without limitation any that may be raised in a motion to dismiss the Amended Complaint, all of which are hereby expressly reserved.

*s/E. Evans Wohlforth Jr.*
E. Evans Wohlforth, Jr., Esq.
Allana L. Nason, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310

                Tel:  (973) 596-4879
                Fax:  (973) 639-6486
                *Attorneys for Defendant Connecticut*
                *General Life Insurance Company and*
                *CIGNA Healthcare of New Jersey, Inc.*

Dated:  March 25, 2013
    Newark, New Jersey