UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o various "PATIENTS",<br><br>Plaintiff,<br><br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY d/b/a CIGNA, CIGNA HEALTHCARE OF NEW JERSEY, INC.; ABC CORPS. (1-10)(said names being fictitious and unknown entities),<br><br>Defendants. | Civil Action No. 12-05257 (SRC) (CLW)<br><br>*Document electronically filed*<br><br>**STIPULATION AND CONSENT ORDER TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT** |

This matter having been brought before the Court on the joint application of Defendant Connecticut General Life Insurance Company ("CGLIC"), by its counsel, Gibbons P.C., and Plaintiff Montvale Surgical Center, LLC, by its counsel, Massood & Bronsnick, LLC, for the entry of a Stipulation and Consent Order to extend the time for CGLIC to answer, move, or otherwise respond to Plaintiff's Amended Complaint; it being further stipulated that (1) CGLIC's Answer or Other Response is due on April 19, 2013; (2) an Application for a Clerk's Order extending the time to answer for fourteen (14) days was previously granted; and (3) with this extension, CGLIC's Answer or Other Response would be due on May 10, 2013; and good cause appearing for the entry of an Order extending the time in which CGLIC may answer, move, or otherwise respond as to the Amended Complaint,

**IT IS** on this _____ day of April, 2013,

**ORDERED** that the time within which CGLIC may answer, move, or otherwise respond as to the Amended Complaint be and hereby is extended to May 10, 2013.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| *s/E. Evans Wohlforth, Jr., Esq.* | *s/Andrew R. Bronsnick, Esq.* |
| Allana L. Nason, Esq. | Andrew R. Bronsnick, Esq. |
| E. Evans Wohlforth, Jr., Esq. | MASSOOD & BRONSNICK, LLC |
| GIBBONS P.C. | 50 Packanack Lake Road East |
| One Gateway Center | Wayne, NJ 07470-6663 |
| Newark, New Jersey 07102-5310 | Tel:  (973) 696-1900 |
| Tel:  (973) 596-4583 | Fax:  (973) 696-4212 |
| Fax:  (973) 639-6389 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant Connecticut General Life Insurance Company* | |

Dated:  April 9, 2013                                              Dated:  April 9, 2013


SO ORDERED:

_____
Honorable Stanley R. Chesler
United States District Judge