

TIMOTHY J. DUVA
Associate

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4565 Fax: (973) 639-6463
tduva@gibbonslaw.com

May 9, 2013

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
King Fed. Bldg. & United States Courthouse
50 Walnut St.
P.O. Box 999
Newark, New Jersey 07101-0999

Re:  Montvale Surgical Center, LLC v. Connecticut Gen. Life Ins. Co., et al.
     Civil Action No. 12-05257 (SRC) (CLW)

Dear Judge Waldor:

We represent Defendants Connecticut General Life Insurance Company and CIGNA Healthcare of New Jersey (collectively, "Defendants") in the above-referenced action.

We submit for Your Honor's consideration a fully executed, proposed form of Stipulation and Consent Order extending the time in which Defendants may answer, move or otherwise respond to the First Amended Complaint through May 24, 2013.

If the foregoing meets with Your Honor's approval, we respectfully request that Your Honor grant this application and sign and enter the form of Consent Order submitted herewith.

Thank you for Your Honor's consideration. I would welcome receiving a call if any member of the Court's staff has any questions or if I may be of any service to the Court.

Respectfully submitted,

Timothy J. Duva

Enclosure

cc:  Andrew R. Bronsnick, Esq. (via ECF)
     E. Evans Wohlforth, Jr., Esq. (via ECF)