UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC A/S/O various "PATIENTS", <br><br> Plaintiffs(s), <br><br> v. <br><br> CONNECTICUT GENERAL LIFE INSURANCE COMPANY D/B/A CIGNA, CIGNA HEALTHCARE OF NEW JERSEY, INC.; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendant(s), | CIVIL ACTION NO.: 2:12-cv-05257-SRC-CLW <br><br> **ORDER** |

THIS MATTER having been opened to the Court on Motion of Plaintiff, Montvale Surgical Center, LLC a/s/o various "PATIENTS" for an order allowing Plaintiff to file an Amended Complaint against Connecticut General Life Insurance Company d/b/a CIGNA, CIGNA Healthcare of New Jersey, Inc. as a party defendants and the Court having read and considered the moving papers and opposition thereto; and for GOOD CAUSE having been shown;

IT IS NOW on this 6 day of May hereby,

ORDERED that Plaintiff's motion to file an Amended Complaint against Connecticut General Life Insurance Company d/b/a CIGNA, CIGNA Healthcare of New Jersey, Inc. in the form annexed to the Certification of Andrew R. Bronsnick, Esq. dated April 15, 2014 as Exhibit "A", is hereby GRANTED, and it is,

Massood & Bronsnick, LLC
Attorneys at Law

FURTHER ORDERED that Plaintiff is permitted to add and include additional dates of service and an additional patient and the Court having read and considered the moving papers and opposition thereto; and for GOOD CAUSE having been shown;

IT IS NOW on this 6th day of May hereby,

ORDERED that Plaintiff may include additional patients in the form annexed to the Certification of Andrew R. Bronsnick, Esq. dated April 15, 2014 as Exhibit "A", is hereby GRANTED, and it is,

FURTHER ORDERED that Connecticut General Life Insurance Company d/b/a CIGNA, CIGNA Healthcare of New Jersey, Inc. shall file an Answer to the Amended Complaint within the time permitted by the Federal Rules.

_____
HONORABLE ~~STANLEY R. CHESLER, U.S.D.J.~~
Cathy L. Waldor USMJ

Dated:  April 15, 2014
w:\wp51\majormed\montvale surgical center\cigna non-payment cases\mtn to amend- order 4 15 14.docx

Massood & Bronsnick, LLC
Attorneys at Law