**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiffs

**THE AGRESTA FIRM PC**
24 Grand Ave
Englewood, NJ 07631
(201) 399-6891
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MONTVALE SURGICAL CENTER, LLC A/S/O various "PATIENTS", <br><br> Plaintiffs(s), <br><br> v. <br><br> CONNECTICUT GENERAL LIFE INSURANCE COMPANY D/B/A CIGNA, CIGNA HEALTHCARE OF NEW JERSEY, INC.; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendant(s), | CIVIL ACTION NO.: 2:12-cv-05257-SRC-CLW <br><br><br> **NOTICE OF MOTION FOR LEAVE TO FILE A SECONDAMENDED COMPLAINT** |

TO:     E. Evans Wohlforth, Esq.
        Gibbons, P.C.
        One Gateway Center
        Newark, NJ 07102
        *Attorneys for Defendants*

Massood & Bronsnick, LLC

Attorneys at Law

        PLEASE TAKE NOTICE that on July 7, 2014, the undersigned counsel and co-counsel

for Montvale Surgical Center, LLC a/s/o various "PATIENTS", shall move before the Honorable

Cathy L. Waldor, U.S.M.J., at the United States District Court for District of New Jersey, M.L.

King Jr., Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ, for entry of an

Order granting Plaintiff leave to file a Second Amended Complaint.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, the Plaintiffs rely

on the proposed Second Amended Complaint annexed to the Certification of Andrew R.

Bronsnick, Esq. dated June 2, 2014 as Exhibit "A". A Proposed Form of Order is submitted

herewith. The allegations made in the Second Amended Complaint include counts under ERISA

based upon the fact that the Connecticut General Life Insurance Company d/b/a Cigna

Healthcare of New Jersey, Inc. is an ERISA qualified plan. Counts for a State Claim, Promissory

Estopple, Negligent Misrepresentation, and Breach of Contract have been added, as well.

Additionally, Anthony K. Modafferi, III of The Agresta Firm, P.C. has been added as co-counsel

for Montvale Surgical Center, LLC.

<div style="margin-left:40%">

MASSOOD & BRONSNICK, LLC
Attorneys for Plaintiffs

BY: _s/Andrew R. Bronsnick_____
ANDREW R. BRONSNICK, ESQ.

</div>

Dated: June 2, 2014

w:\wp51\majormed\montvale surgical center\cigna non-payment cases\nom second complaint 5 28 14.docx

Massood & Bronsnick, LLC

Attorneys at Law