# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MONTVALE SURGICAL CENTER, LLC,

          *Plaintiff*,

v.

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY et al.,

          *Defendants*.

Civ. No. 2:12-cv-05257-SRC-CLW

**ORDER**

    Plaintiff's Motion to Amend (D.E. 43) is rejected as procedurally defective.

    The Clerk of the Court is directed to terminate D.E. 43.

**SO ORDERED.**

June 2, 2014                                      *s/Cathy L. Waldor*

                                               **Cathy L. Waldor, U.S.M.J.**