**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiffs

**THE AGRESTA FIRM PC**
24 Grand Ave
Englewood, NJ 07631
(201) 399-6891
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC A/S/O various "PATIENTS",<br><br>                     Plaintiffs(s),<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY D/B/A CIGNA, CIGNA HEALTHCARE OF NEW JERSEY, INC.; ABC CORP. (1-10) (Said names being fictitious and unknown entities),<br><br>                     Defendant(s), | CIVIL ACTION NO.: 2:12-cv-05257-SRC-CLW<br><br><br>**NOTICE OF MOTION FOR LEAVE TO FILE A SECONDAMENDED COMPLAINT** |

TO:    E. Evans Wohlforth, Esq.
         Gibbons, P.C.
         One Gateway Center
         Newark, NJ 07102
         *Attorneys for Defendants*

Massood & Bronsnick, LLC

Attorneys at Law

PLEASE TAKE NOTICE that the undersigned counsel and co-counsel for Montvale

Surgical Center, LLC a/s/o various "PATIENTS", shall move before the Honorable Cathy L.

Waldor, U.S.M.J., at the United States District Court for District of New Jersey, M.L. King Jr.,

Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ, for entry of an Order granting Plaintiff leave to file a Second Amended Complaint.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, the Plaintiffs rely on the proposed Second Amended Complaint annexed to the Certification of Andrew R. Bronsnick, Esq. dated June 17, 2014 as Exhibit "A".  A Proposed Form of Order is submitted herewith.  The allegations made in the Second Amended Complaint include counts under ERISA based upon the fact that the Connecticut General Life Insurance Company d/b/a Cigna Healthcare of New Jersey, Inc. is an ERISA qualified plan. Counts for a State Claim, Promissory Estopple, Negligent Misrepresentation, and Breach of Contract have been added, as well. Additionally, Anthony K. Modafferi, III of The Agresta Firm, P.C. has been added as co-counsel for Montvale Surgical Center, LLC.

MASSOOD & BRONSNICK, LLC
Attorneys for Plaintiffs

BY:  s/Andrew R. Bronsnick
ANDREW R. BRONSNICK, ESQ.

Dated:  June 17, 2014
w:\wp51\majormed\montvale surgical center\cigna non-payment cases\mtn to amend (2nd amended)\2nd nom to file 2nd amended complaint 061614.docx