## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC A/S/O various "PATIENTS", <br><br> Plaintiff(s), <br><br> vs. <br><br> CONNECTICUT GENERAL LIFE INSURANCE COMPANY D/B/A Cigna; CIGNA HEALTHCARE OF NEW JERSEY, Inc.; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendant(s). | Civil Action No. 2:12-cv-05257(SRC)(CLW) <br><br> **<u>ORDER</u>** |

**THIS MATTER** having come before the Court by way of two motions filed by Plaintiffs Montvale Surgical Center, LLC A/S/O various "Patients", by and through their attorneys, Massood & Bronsnick, LLC, for Good Cause for Leave to file a Third Amended Complaint, and a Motion for Leave to Amend; and the Court having considered the moving and opposing papers, for the reasons stated on the record on October 14th, 2014, and for good cause shown;

**IT IS** on this 14th day of October, 2014,

**ORDERED,** that Plaintiff's Motion for Good Cause to file a Motion for Leave to file a Second Amended Complaint is hereby DENIED.  The Motion for Leave to Amend is hereby Moot. And it is further,

**ORDERED,** that the Clerk is directed to terminate docket entry numbers 46 and 47.

s/ Cathy L. Waldor
**CATHY L.WALDOR**
**UNITED STATES MAGISTRATE JUDGE**
