**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for Plaintiff

**THE AGRESTA FIRM PC**
24 Grand Ave
Englewood, NJ 07631
(201) 399-6891
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC A/S/O various "PATIENTS", <br><br> Plaintiffs(s), <br><br> v. <br><br> CONNECTICUT GENERAL LIFE INSURANCE COMPANY D/B/A CIGNA, CIGNA HEALTHCARE OF NEW JERSEY, INC.; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendant(s), | CIVIL ACTION NO.: 2:12-cv-05257-SRC-CLW <br><br> **CIVIL ACTION** <br><br><br> **CERTIFICATION OF SERVICE** |

    I, Andrew R. Bronsnick, hereby certify that on May 26, 2015, I caused to be served via email and Federal Express overnight delivery Plaintiff, Montvale Surgical Center's Motion to Compel Discovery from Defendant Connecticut General Life Insurance Company upon the following person(s):

    E. Evans Wohlforth, Jr.
    GIBBONS P.C.
    One Gateway Center
    Newark, New Jersey 07102-5310

*Attorneys for Defendant Connecticut
General Life Insurance Company*

                    **MASSOOD & BRONSNICK, LLC**
                    **Attorney for Plaintiff**

                    */s/ Andrew R. Bronsnick*
**By:** _____
                    **ANDREW R. BRONSNICK**

Dated:  May 26, 2015